IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROBERTO SANTOS MARQUEZ, #05554-748 | § § § CIVIL CASE NO. 4:23-CV-1097-SDJ |
| VS. | § CRIMINAL NO. 4:08-CR-107(6) § |
| UNITED STATES OF AMERICA | § § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge Aileen Goldman Durrett,[1] who issued a Report and Recommendation (Dkt. #8) recommending that the above-styled construed motion for relief under 28 U.S.C. § 2255 be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). All motions by any party not previously ruled upon are **DENIED**.

---

[1] The case was reassigned to United States Magistrate Judge Bill Davis on September 3, 2024.

**So ORDERED and SIGNED this 1st day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE